CHARLES CARTER v. STATE.

No. A-6312.   Opinion Filed June 22, 1929.
(278 Pac. 398.)

For former opinion, see 41 Okla. Cr. 253, 273 Pac. 376.

DAVENPORT, J.   On petition for rehearing.   Sentence modified by reducing the term of imprisonment from ten years to six years.

Petition for leave to file second petition for rehearing denied.

EDWARDS, P. J., and CHAPPELL, J., concur.